|   |   |
|---|---|
| MICHAEL BALZARINI, | No. 2:19-cv-2112 AC P |
| Plaintiff, | |
| v. | ORDER |
| JOE A. LIZARRAGA, et al., | |
| Defendants. | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 along with a notice that an application to proceed in forma pauperis would be coming from the inmate trust office. However, the court has yet to receive plaintiff's application. Plaintiff will be provided the opportunity to submit an application in support of a request to proceed in forma pauperis, which he should mail directly to the court himself. Plaintiff is advised that the form allows the court to obtain his trust account statement directly from the trust account office, so he does not have to have a prison official sign the form and he does not have to send a copy of his trust account statement. He just needs to fill out the form, sign it, and return it to the court.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, an application in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court.

1

Failure to comply with this order will result in a recommendation that this action be dismissed.

    2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED: November 13, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE