1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MICHAEL BALZARINI,                          No.  2:19-cv-2112 KJM AC P

12                    Plaintiff,

13          v.                                     ORDER

14    JOE A. LAZARRAGA, et al.,

15                    Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18    under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided

19    by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On December 9, 2019, the magistrate judge filed findings and recommendations, which

21    were served on plaintiff and which contained notice to plaintiff that any objections to the findings

22    and recommendations were to be filed within fourteen days.  ECF No. 7.  Plaintiff has not filed

23    objections to the findings and recommendations.

24          The court presumes that any findings of fact are correct.  *See Orand v. United States*,

25    602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed

26    *de novo.  See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law

27    by the magistrate judge are reviewed de novo by both the district court and [the appellate] court

28    /////

                                                1

. . . .").  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed December 9, 2019 (ECF No. 7), are adopted in full;

2.  Plaintiff is ordered to pay the entire $400.00 in required fees within thirty days or face dismissal of the case; and

3.  This matter is referred back to the assigned magistrate judge.

DATED:  January 14, 2020.

CHIEF UNITED STATES DISTRICT JUDGE